E. C. ARBUCKLE v. THE STATE.

No. 9072.   Delivered January 7, 1925.

No matter for rehearing filed.

**Theft—A Misdemeanor.**

No statement of facts, nor bills of exception appearing in the record, the judgment is affirmed.

Appeal from the County Court of Wichita County at law. Tried below before the Hon. Guy Rodgers, Judge.

Appeal from a conviction for theft, a misdemeanor; penalty six months in the County jail.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is theft, a misdemeanor; punishment fixed at confinement in the county jail for a period of six months.

No statement of facts accompanies the record. No irregularity in the procedure has been pointed out by bill of exceptions or perceived by this court.

The judgment is affirmed.

*Affirmed.*